STATE v. BRIGHT

No. 440PA98

Case below: 131 N.C.App. 57

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998. Motion by Attorney General for temporary stay dismissed 5 November 1998. Petition by Attorney General for writ of supersedeas allowed 5 November 1998. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 November 1998.

STATE v. CHANCE

No. 319P98

Case below: 130 N.C.App. 107

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 November 1998.